JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

CALIFORNIA FAIR PLAN ASSOCIATION,

Plaintiff,

v.

BROAN-NUTONE, LLC, a Delaware Limited Liability Company; JAKEL MOTORS INCORPORATED, a Wisconsin corporation; and DOES 1-20 Inclusive,

Defendant.

Case No. 2:24-cv-07891 TJH (ASx)

**ORDER [23]**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 5-4.3.4(a)(2)(i), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, in its entirety, as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: July 31, 2026

Hon. Terry J. Hatter, Jr.
United States District Judge